United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GEOFFREY P. BAGGETT,
Plaintiff,

v.

C. ROJAS, et al.,
Defendants.

Case No. 26-cv-08083-EKL

**ORDER OF REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP TO *MCKENZIE V. BORLA, ET AL.*, 25-CV-02820-TLT**

Pursuant to Civil Local Rule 3-12(c), the above-entitled related case is hereby referred to the Honorable Trina L. Thompson for consideration of whether the case is related to *McKenzie v. Borla*, Case No. 25-cv-02820-TLT.

**IT IS SO ORDERED.**

Dated: September 3, 2026

Eumi K. Lee
United States District Judge